

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-24-00032-CV

---

IN THE GUARDIANSHIP OF HANNAH CHRISTINA MARIE TILTON, AN
INCAPACITATED PERSON

---

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2021-GD00186-2

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellants' "Motion to Voluntarily Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 7, 2024